## RAYMOND APONTE *v.* COMMISSIONER OF CORRECTION
## (AC 27144)

Schaller, Harper and Rogers, Js.

Argued February 5—officially released February 20, 2007

Per Curiam. The appeal is dismissed.